**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Henry Francisco Espin FERRERA, also known as Henry Francisco Espinal–Ferrera, also known as Henry Francisco Espinal Ferrara, also known as Henry Francisc Espinal–Ferrera, also known as Henry Francisco, also known as Henry Espinal Francisco, Defendant–Appellant.**

No. 11–20090
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Neal Davis, III, Esq., Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Henry Francisco Espin Ferrera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Espin Ferrera has not filed a response. We have

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.